

Naomi Jane Gray (SBN 230171)
SHADES OF GRAY LAW GROUP, P.C.
100 Shoreline Highway, Suite 100B
Mill Valley, California 94941
Tel: (415) 746-9260 | Fax: (415) 968-4328
ngray@shadesofgray.law

*Attorneys for Plaintiff*
*Recording Industry Association of America, Inc.*

FILED
OCT -1 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

DMR

CV-20 80172-MISC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NAMECHEAP, <br><br> Defendant. | Case No. <br><br> **DECLARATION OF MARK McDEVITT IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C § 512(h)** |

I, MARK McDEVITT, the undersigned, declare that:

1. I am a Senior Vice President, Online Content Protection for the Recording Industry Association of America, Inc. (RIAA). The RIAA is a trade association whose member companies create, manufacture or distribute sound recordings. The RIAA is authorized to act on its member companies' behalf on matters involving the infringement of their copyrighted video and sound recordings.

2. The RIAA is requesting the attached proposed subpoena that would order Namecheap to disclose the identity, including name, physical address, IP address, telephone number, e-mail address, payment information, account updates and account history of the user operating the following websites:

*The Killers - Imploding the Mirage*
https://getrockmusic.net/56838-the-killers-imploding-the-mirage.html

---

McDEVITT DEC. ISO 17 U.S.C § 512(h) SUBPOENA    1    CASE NO.

SCANNED

CV-20 80172-MISC

*Ed Sheeran – No. 6 Collaborations Project*
https://getrockmusic.net/50862-ed-sheeran-no6-collaborations-project.html

*Bob Dylan – Rough and Rowdy Ways*
https://getrockmusic.net/54602-bob-dylan-rough-and-rowdy-ways.html

*Lady Gaga – Fun Tonight*
https://hiphopde.com/lady-gaga-fun-tonight/

*Jason Derulo – Coincidence*
https://hiphopde.com/jason-derulo-coincidence/

*John Legend – Bigger Love*
https://hiphopde.com/album-john-legend-bigger-love/

*Dua Lipa – Do More*
https://hiphoptrendsnow.com/mp3-dua-lipa-do-more/

*Drake - Intoxicated*
https://hiphoptrendsnow.com/mp3-drake-intoxicated-cdq/

*Harry Styles – Fine Line*
https://hiphoptrendsnow.com/download-mp3-harry-styles-fine-line/

*Eddie Money – I Wanna Go Back*
https://ontiva.com/en/watch?v=o0JqC2UDpoE

*Katrina & The Waves – Walking on Sunshine*
https://ontiva.com/en/watch?v=iPUmE-tne5U

*The B-52's – Love Shack*
https://ontiva.com/en/watch?v=9SOryJvTAGs

*Dua Lipa – Physical (feat. Hwa Sa)*
https://songslover.cam/tracks/dua-lipa-physical-feat-hwasa.html

*Harry Styles – Fine Line*
https://songslover.cam/albums/harry-styles-fine-line.html

*Drake – Laugh Now Cry Later (feat. Lil Durk)*
https://songslover.cam/tracks/drake-laugh-now-cry-later-feat-lil-durk.html

*Cardi B – WAP (feat. Megan Thee Stallion)*
https://stannova.com/2020/08/04/download-cardi-b-wap-ft-megan-thee-stallion/

*Doja Cat – Say So*
https://stannova.com/2020/03/31/doja-cat-say-so/

*Katy Perry – Tucked*
https://stannova.com/2020/09/08/download-katy-perry-tucked/

*Dua Lipa – Boys Will Be Boys*
https://ww3.toryextra.com/download-mp3-dua-lipa-boys-will-be-boys/

*Lady Gaga and Ariana Grande – Rain On Me*
https://ww3.toryextra.com/download-mp3-ariana-grande-ft-lady-gaga-rain-on-me/

*Harry Stiles – Fine Line*
https://ww3.toryextra.com/download-mp3-harry-styles-fine-line-original-version/

*Toni Braxton – Spell My Name*
https://vevosongs.com/album-toni-braxton-spell-my-name/

*One Direction – Made in the A.M.*
https://vevosongs.com/album-one-direction-made-in-the-a-m-deluxe/

*Bruno Mars – Doo-Wops & Hooligans*
https://vevosongs.com/album-bruno-mars-doo-wops-hooligans/

*A Boogie Wit Da Hoodie – Swervin (feat. Veysel)*
https://ddownload.com/0fc12noj2auv

*Coi Leray - Better Days (feat. Fetty Wap)*
https://ddownload.com/wbp8rjap1k4k

*Bryson Tiller – Inhale*
https://ddownload.com/crsaammqdns3?dl=PPE45HpQ

*Drake - Headlines*
https://www.torrentdownloads.me/torrent/1653187014/Drake---Headlines-mp4

*Ed Sheeran - Divide*
https://www.torrentdownloads.me/torrent/1662858637/Ed-Sheeran---DIVIDE-%28Deluxe%29-%282017%29-%5BMp3%7E320kbps%5D

*One Direction - One Thing*
https://www.torrentdownloads.me/torrent/1653527957/One-Direction---One-Thing-mp4

*Blanco – Anakin*
https://www.ngleakers.co/2020/09/blanco-anakin-mp3.html

*David Guetta & Sia - Let's Love*
https://www.ngleakers.co/2020/09/david-guetta-sia-lets-love-mp3.html

*Bring Me The Horizon – Obey (with Yungblud)*
https://www.ngleakers.co/2020/09/bring-me-horizon-obey-with-yungblud-mp3.html

*Cardi B – Get Up 10*
https://www1.naijaonpoint.com/mp3-cardi-b-get-up-10/

*Doja Cat – Bottom Bitch*
https://www1.naijaonpoint.com/mp3-doja-cat-bottom-bitch

*Drake - Practice*
https://www1.naijaonpoint.com/mp3-drake-practice/

*Dua Lipa - Future Nostalgia*
https://topmusic.uno/dua-lipa-club-future-nostalgia-2020/

*Mariah Carey - Always Be My Baby*
https://topmusic.uno/mariah-carey-always-be-my-baby-ep-remastered-2020/

*Taylor Swift – Folklore: The Escapism Chapter*
https://topmusic.uno/taylor-swift-folklore-the-escapism-chapter-ep-2020/

*Tears For Fears – Head Over Heels*
https://www.y2mate.com/youtube/CsHiG-43Fzg

*'Til Tuesday – Voices Carry*
https://www.y2mate.com/youtube/uejh-bHa4To

*Chaka Khan – Through the Fire*
https://www.y2mate.com/youtube/TjWmw-8-OEk

*Laura Branigan – Gloria*
https://www.youtubeconverter.io/convert?query=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DnNEb2k_EmMg

*Exposé – Come Go With Me*
https://www.youtubeconverter.io/convert?query=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DSGi3AvfFfuA

*Paula Abdul – Vibeology*
https://www.youtubeconverter.io/convert?query=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3Dib01_vWRpx0

3.      The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have reproduced and have offered for distribution our members' copyrighted sound recordings without their authorization. This information will only be used for the purposes of protecting the rights granted to our members, the sound recording copyright owner, under Title II of the Digital Millennium Copyright Act.

4

McDEVITT DEC. ISO 17 U.S.C § 512(h) SUBPOENA                                              CASE NO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, District of Columbia, on September 24, 2020.

**BY FAX**

_____
Mark McDevitt

RECEIVED

2020 OCT -1  P 1:06

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.